UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of January, two thousand twenty-three,

_____

| | |
|---|---|
| The New York Times Company, John Ewing, Jr., | **ORDER** <br> Docket No: 22-2232 |
|     Plaintiff - Appellant, | |
| v. | |
| United States Department of Justice, | |
|     Defendant - Appellee, | |
| Volkswagen AG, | |
|     Intervenor- Appellee. | |

_____

     Counsel for APPELLEE United States Department of Justice has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 7, 2023, as the brief filing date.

     It is HEREBY ORDERED that Appellee's brief must be filed on or before April 7, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

     For The Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court